

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN DIAZ, on behalf of himself and all others similarly situated,

           Plaintiffs,

-against-

ORIGINS NATURAL RESOURCES INC.
           Defendant.

Case No. 1:18-cv-12394-GBD
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           September 19, 2019

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: SEP 2 0 2019